UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LIMA,<br><br>             Plaintiff,<br><br>        v.<br><br>GHIRARDELLI CHOCOLATE COMPANY, et al.,<br><br>             Defendant. | 22-cv-02866-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without prejudice to pursuing arbitration, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 12, 2022

_____
VINCE CHHABRIA
United States District Judge